1  JOHN J. KANG, Esq.
   7670 Opportunity Road, Suite 225
2  San Diego, CA 92111
   Telephone: (858)278-5480
3

4  California State Bar No. 190751
   Attorney for Plaintiff
5

6

7

8                        UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA  08 CV 0302 BEN NLS

10                                              CV No.: _____

11 Lin Hong                              )
                                         )      COMPLAINT FOR A WRIT IN THE
12        Plaintiff                      )      NATURE OF MANDAMUS TO COMPEL
                                         )      ADMINISTRATIVE ACTIONS
13              vs.                      )
                                         )
14 U.S. Citizenship and Immigration Services )
                                         )
15        Defendant                      )
16 ────────────────────────────────────── )

17 The Plaintiff alleges:

18                             **I. PARTIES**

19 1.    Plaintiff, Lin Hong, is a citizen of China who resides within the San Diego District of the

20       U.S. Citizenship and Immigration Services (hereinafter "USCIS").

21 2.    Defendant, U. S. Citizenship and Immigration Services is the federal agency within the

22       United States Department of Homeland Security, which is required under the law to

23       administer the Immigration and Nationality Act, hereinafter "INA", codified in 8 U.S.C. §

24       1101 et seq.

25                              **II. FACTS**

26 3.    On January 7, 2004, a Petition for Alien Relative was filed using the form I-130 to the San

27

28 COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS TO COMPEL ADMINISTRATIVE
   ACTIONS                                        1

1   Antonio District Office of the USCIS, on behalf of Plaintiff Lin Hong, by her husband,

2   Charles Evan Melancon, a U.S. citizen by birth.   Attached hereto as **Exhibit A** is a true copy

3   of the fee receipt and letter acknowledging receipt of the application by the San Antonio

4   District Office of the USCIS.

5   4.   Also on January 7, 2004, Plaintiff Lin Hong filed an Application to Adjust to Permanent

6   Resident Status using the form I-485 with the San Antonio District Office as the beneficiary

7   of the I-130 application filed by her husband.   See **Exhibit A**, supra, for evidence of the

8   receipt of the I-485 application and fee.   Plaintiff Lin Hong's Alien number is A98-041-201.

9   5.   Plaintiff Lin Hong was fingerprinted on January 14, 2004 in relation to her application to

10   adjust status.   Attached hereto as **Exhibit B** is a true copy of the referral notice from the San

11   Antonio District Office for Plaintiff Lin Hong's fingerprints.

12   6.   On May 27, 2004, Plaintiff Lin Hong and her husband were interviewed at the San Antonio

13   District Office in connection with the petition and application.   Attached hereto as **Exhibit C**

14   is a true copy of the interview appointment notice.

15   7.   Plaintiff Lin Hong relocated from Austin, Texas to San Diego, California on June 4, 2007 for

16   due to change in employment.   Plaintiff Lin Hong reported her new address to USCIS by

17   telephone and by submitting a Change of Address on form AR-11.

18   8.   On or about January 28, 2008, Plaintiff Lin Hong was fingerprinted again at the USCIS office

19   in San Marcos, California because her current fingerprints with USCIS had expired.

20   Attached hereto as **Exhibit D** is a true copy of the appointment notice, dated January 16,

21   2008, that was sent to Plaintiff Lin Hong's San Diego address.

22   9.   As of February 11, 2008, the San Antonio District Office was processing adjustment of status

23   applications filed on or about July 19, 2007, more than three years after Plaintiff filed her

24   application.   Attached hereto as **Exhibit E** is a true copy of the Processing Time of the San

25   Antonio District Office as posted on USCIS' website at www.uscis.gov on February 11,

26   2008.

27

28   COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS TO COMPEL ADMINISTRATIVE
ACTIONS                                                    2

10. As of February 12, 2008, the San Diego District Office was processing adjustment of status applications filed on or about July 19, 2007, more than three years after Plaintiff filed her application. Attached hereto as **Exhibit F** is a true copy of the Processing Time of the San Diego District Office as posted on USCIS's website at www.uscis.gov on February 12, 2008.

11. In the past four years, Plaintiff has made numerous inquiries with the USCIS regarding the status of her application. Attached hereto, as **Exhibit G**, as evidence of her inquiries, is a true copy of (1) Plaintiff's completed Status Inquiry Form, which was received by USCIS on December 10, 2004; and (2) letters from USCIS, dated December 1, 2005, February 27, 2007, March 24, 2007, and April 24, 2007 in response to Plaintiff's inquiries. In addition, Plaintiff has also written to Congressman Michael T. McCaul (TX), Congresswoman Susan A. Davis (CA), and Senator Barbara Boxer (CA) for their assistance in obtaining the status of her application and request the USCIS to process her application, and their efforts have not brought any result. Attached hereto, as **Exhibit H**, is a true copy of the following correspondences: (1) letters from Congressman McCaul, dated March 5, 2007, June 12, 2007 (along with an faxed message from the Section Chief of the National Name Check Program), October 17, 2007, and November 6, 2007; (2) letter from Senator Boxer, dated August 1, 2007; and (3) letter from Congresswoman Davis, dated October 24, 2007.

12. Plaintiff believes her application has been pending with the USCIS ever since it was filed and, remains un-adjudicated with either the San Antonio or San Diego District Offices as of this date.

### III. JURISDICTION AND VENUE

13. This is an action for mandamus in accordance with the provisions of 28 U.S.C. §1361 and §2201. It is brought for the purpose of determining a question of actual controversy between the parties as more fully alleged in the remainder of this complaint.

14. Jurisdiction of this court is invoked pursuant to 28 U.S.C. §1331, this being an action which arises under the laws of the United States, specifically under the provisions of the

COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS TO COMPEL ADMINISTRATIVE ACTIONS                    3

Immigration and Nationality Act (INA), §245, 8 U.S.C. § 1255, et seq.; and pursuant to 28 U.S.C. §1361, this being an action in the nature of mandamus to compel officers and employees of an agency of the United States to perform duties owed to Plaintiff.  Plaintiff alleges eligibility for reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

15.  Venue properly lies in this Court pursuant to the provisions of 28 U.S.C. §1391(e).

## IV. CLAIMS FOR RELIEF

**A.     Mandamus:**

16.  Plaintiff re-alleges and incorporates by reference the allegations set out in paragraphs 1 through 15, inclusive, of this Complaint as though fully set forth herein.

17.  Plaintiff has filed the application as described hereinabove, with Defendant.  Defendant has accepted the application, along with its corresponding filing fees.  Plaintiff has also submitted all the necessary documents in support of said application.  However, through negligence, poor management, inattention, or refusal to act, Defendant has failed to complete the ministerial actions necessary to adjudicate plaintiff's application.

18.  Numerous inquires have been made requesting information regarding the current status of said application as well as for the adjudication of said application.  Her inquiries were submitted in accordance with the procedures established by Defendant for such purposes.  Defendant has not taken action or refuses to take action to complete the adjudication of the application despite numerous inquiries and requests.

19.  Defendant has adjudicated hundreds of thousands of similar applications filed by persons who are not parties to this action and which were filed subsequent to the application filed by Plaintiff.

20.  Defendant's actions by adjudicating applications filed by others after the Plaintiff filed her application and its inactions by not adjudicating application filed by Plaintiff constitute

COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS TO COMPEL ADMINISTRATIVE ACTIONS                                      4

1   arbitrary and capricious adjudications of cases filed with it in violation of the Administrative

2   Procedures Act (APA).

3   21.   Plaintiff has been denied due process of law under the Fifth Amendment to the United States

4   Constitution and the APA by Defendant's neglect, inaction or refusal to take actions to

5   adjudicate plaintiff's application.

6   22.   Plaintiff has suffered and continues to suffer irreparable harm as a result of Defendant's

7   neglect, inaction or refusal to take actions to adjudicate plaintiff's application.

8   23.   This harm includes an unreasonable delay in allowing the Plaintiff to establish eligibility for

9   United States citizenship as well as the many benefits, rights, and privileges of United States

10   citizenship; inability to receive promotions, obtain government funded research grants or

11   otherwise advance in her career; inconveniences and costs in having to obtain permissions

12   from the USCIS on an annual basis to renew her employment authorization documents or

13   travel documents, and generally, continuing mental distress, anxiety and anguish.

14   24.   There is no reasonable basis for Defendant's neglect, inaction or refusal to take actions to

15   adjudicate plaintiff's application and Defendant's neglect, inaction or refusal to take actions

16   to adjudicate plaintiff's application is not substantially justified under the law.

17   25.   Defendant has in its possession all information necessary to complete the adjudication of said

18   application.  Defendant's refusal to complete this administrative processing is a disregard of

19   its official duties and Plaintiff is wholly without remedy, under the circumstances, unless

20   mandamus is ordered by this Court.

21   **B.**   **Violation of the Administrative Procedure Act:**

22   26.   Plaintiff re-alleges and incorporates by reference the allegations set out in paragraphs 1

23   through 15, inclusive, of this Complaint as though fully set forth herein.

24   27.   The Administrative Procedure Act provides categorically that every agency "shall within a

25   reasonable time…proceed to conclude any matter presented to i;" that courts may review the

26   inaction of an agency and specifically "compel agency action unlawfully withheld or

27

28   COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS TO COMPEL ADMINISTRATIVE
ACTIONS                                     5

1 unreasonably delayed." Likewise, the court may "set aside agency action…found to

2 be…arbitrary, capricious, and abuse of discretion…(or) contrary to constitutional right,

3 power, privilege or immunity (or) without observance of procedure required by law." 5

4 U.S.C. §706 et. seq.

5 28. Courts may find unwarranted agency inaction tantamount to denial of the application pending

6 before an agency. 5 U.S.C. §555(e).

7 29. Defendant's conduct in failing or refusing to adjudicate Plaintiff's application, as alleged

8 hereinabove, is capricious and arbitrary and has resulted in severe and unwarranted delay to

9 Plaintiff in conferring valuable immigration benefits. The delay so incurred is tantamount to

10 a violation of the Administrative Procedure Act, 5 U.S.C. § 555(b) and (e), §702 and 706 et.

11 seq. Plaintiff has suffered and continues to suffer severe irreparable injury for which there is

12 no adequate remedy at law. Therefore, Defendant should be compelled to carry out its

13 statutory duties owed to Plaintiff.

14 **V. PRAYER FOR RELIEF**

15 Wherefore, Plaintiff prays:

16 1. That judgment be entered ordering Defendant to forthwith adjudicate Plaintiff's

17 Application to Adjust to Permanent Resident Status;

18 2. That Defendant be ordered to pay the cost of this suit;

19 3. That Defendant be ordered to pay Plaintiff reasonable attorney's fees for this suit;

20 4. That the Court grant such other and further relief as it may deem to be necessary and

21 proper.

22 Respectfully submitted,

23 Dated: February 12, 2008                    Law Offices of John J. Kang

24

25                                             John J. Kang
                                              Attorney for the Plaintiff
26

27

28 COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS TO COMPEL ADMINISTRATIVE
   ACTIONS                                    6

**U.S. Department of Homelar**

*Citizenship and Immigration Ser*

```
                                    U.S. CITIZENSHIP AND
                                    IMMIGRATION SERVICES
                                    SAN ANTONIO, TX 78239
```

Memorandum of Acknowledgement of
Assigned Registration Number

SAN ANTONIO DISTR
8940 FOURWINDS DR
SAN ANTONIO, TX 78

Date: 01/16/200

```
01/07/2004        10:53

HONG LIN A98041201
I-485              $255.00
FNGPRINT FEE       $50.00
I-130              $130.00
------------------------
TAX TL             $0.00
------------------------
TOTAL              $435.00
CHECK TD           $305.00
CHECK              $130.00
........................3..

       FRANCES
003822           #01 A
```

LIN HONG
7201 HART LANE, APT # 2062
AUSTIN, TX 78731

Dear Applicant:

MSC 0680 046157

This is to acknowledge receipt of your application filed with the San Antonio District Office. Your
is either enclosed, or, if you are being represented, has been mailed to your attorney. Pending final approval of
your application, please be aware of the following:

1. The current processing time for this type of application(s) is twelve (12) months. Please do not inquire into the
status of your case until the above processing time has passed.

2. Please note that your file number is **A98041201**. The number must be provided on any correspondence
concerning your case. Should you move while your application is pending, you must immediately notify this office
of your change of address. Please be sure to include your name, file number, new address, old address, and
telephone number.

3. IF you applied for an Employment Authorization Document (EAD), you will be notified of the decision on that
application within 90 days.

4. You must not leave the United States without permission while your application for adjustment of status is
pending. If you desire to leave the United States, you must submit Form I-131 Application for Travel
Document. **Warning:** Failure to receive an advance parole prior to your departure may result in the denial of
your application and removal from the United States. If you have already applied for an advance parole
document, you should receive a decision on that application within 60 to 90 days in the mail.

5. If you are between the ages of 14 and 79, you will need to be fingerprinted in conjunction with your application,
you will receive a separate notice from the Application Support Center (ASC) stating when and where to appear
for fingerprinting.

6. General questions concerning your application process can be answered by contacting the National Customer
Service Center at 1-800-375-5283 or you may visit our INS web site at: http://www.ins.usdoj.gov.

Sharon A. Hudson
District Director
KLP/65

Exhibit A



**U.S. Department of Justice**
Immigration and Naturalization Service
San Antonio District Office
8940 Fourwinds Drive
San Antonio, Tx 78239

160/60

NAME AND ADDRESS OF PETITIONER

CHARLES EVANS MELANCON
7201 HART LN  #2062
AUSTIN, TEXAS  78731

| NAME OF BENEFICIARY | |
|---|---|
| HONG, LIN | |
| DATE: | 01/14/04 |
| FILE NO.: | |
| FORM NO.: | FINGERPRINTS |

PLEASE COMPLY WITH THE BELOW CHECKED INSTRUCTIONS:

1. ☒ The above application/petition and its supporting documents are attached.

2. ☐ The above application/petition and its supporting documents have been forwarded to your attorney or representative.

3. ☐ Furnish the required fee of $_____.

4. ☐ Furnish the birth or baptismal certificate of _____.

5. ☐ The State-recorded marriage certificate for _____.

6. ☐ Proof of legal termination (divorce decree or death certificate) for all previous marriage(s) for _____.

7. ☐ All foreign documents must be accompanied by a translation in English. Documents must be translated verbatim (word for word). Summary documents will not be accepted. The translator must certify that he/she is competent to translate and that the translation is accurate.

8. ☐ Furnish Three (3) color photos of yourself with white background. Photos must be glossy, un-retouched, and not mounted. Dimension of facial image should be one inch from chin to top of hair. Subject should be shown in ¾ frontal view showing right side of face; right ear should be completely visible. Using pencil or felt pen, lightly print name (and file/alien registration number, if known) on the back of each photograph.

9. ☐ You may now apply for adjustment of status, on the attached forms, for yourself and the below listed persons.

10. ☐ Your proofs of status documents have been checked and are attached. Your application/petition is being processed and will be completed in the near future.

11. ☐ You are granted additional time, until _____, to submit a brief in support of your appeal, or to present evidence in rebuttal to the proposed visa petition revocation or denial.

12. ☒ FEE FOR FINGERPRINTS IS $50.00.  WE ARE RETURNING YOUR $55.00 MONEY ORDER.  PLEASE WAIT UNTIL CIS REQUESTS FINGERPRINT PAYMENT.

# Exhibit B

PLEASE RETURN THIS LETTER WITH ALL ATTACHMENTS

*U. S. Immigration and Naturalization Services*
*8940 Fourwinds Drive*
*San Antonio, TX 78239*

File:  A98041201
Date:  May 03, 2004

LIN HONG
7201 HART LANE, APT # 2062
AUSTIN TX 78731

Please come to the office shown below at the time and place indicated below. If an immediate relative is petitioning for you, they MUST accompany you to this interview.

---

OFFICE LOCATION:  **8940 Fourwinds Dr, 1st Floor Lobby**

**San Antonio, TX 78239**

DATE AND TIME:  **Thursday, May 27, 2004**
**9:45 AM**

OFFICER:  **DAO #  47**

REASON FOR APPOINTMENT:  APPLICATION FOR ADJUSTMENT OF STATUS

*\*THIS INTERVIEW MAY BE TAPED AND INCLUDED IN YOUR SERVICE RECORDS\**

Please bring the following items to the interview:

[X]  This letter, your passport if any, and any other immigration documents in your possession, such as border crossing card or I-94

[X]  If you submitted copies of supporting documentation, you must bring the originals to the interview.

[ ]  See attachments for any other documentation that you must bring with you.

**_NOTE:_**  Your application/petition will be deemed abandoned and action thereon will be terminated if you fail to respond to this request.

Note:  If your application is based on a visa petition filed by your spouse, you and your spouse MUST appear together with evidence of a common residence and shared life such as: birth certificates of all your children, joint federal income tax returns, rent/mortgage contracts, and any other types of documents that include your names showing that you are living together, pooling your financial resources and sharing life experiences.

---

It is important that you keep this appointment and bring this letter with you. Failure to appear for this interview could cause your application to be terminated under O.I. 103.2(0). If you are unable to appear at this office please state your reason on a separate paper, sign and return along with this letter to this office BEFORE THE DATE OF YOUR INTERVIEW.

Exhibit C

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | | APPLICATION NUMBER | | | | NOTICE DATE<br>1/16/2008 |
|---|---|---|---|---|---|---|
| **CASE TYPE**<br>I485 Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | | USCIS A#<br>A098041201 | | CODE<br>I |
| | | TCR | | SERVICE CENTER<br>TSC | | PAGE<br>1 of 1 |

LIN HONG
9506 EASTER WAY
SAN DIEGO, CA 92121



Your fingerprint card on file with the U. S. Citizenship & Immigration Services (USCIS) has expired. In order for USCIS to continue processing your application, it will be necessary to have your fingerprints re-taken. This will be completed at no additional expense to you.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER**<br>USCIS SAN MARCOS<br>727 W. SAN MARCOS BLVD.<br>SUITE 101, 102 (106 temp)<br>SAN MARCOS, CA 92069 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**<br><br>**DATE AND TIME OF APPOINTMENT**<br>01/31/2008<br>8:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING
☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN MARCOS, 727 W. SAN MARCOS BLVD., SUITE 101, 102 (106 temp), SAN MARCOS, CA 92069

APPLICATION NUMBER 1
I485

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!
*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

## Exhibit D

Form I-797C (Rev. 01/31/05) N

US Citizenship and Immigration Services - Case Status Service Online   https://egov.uscis.gov/ /sps/officeProcesstimes.jsp?selectedOffice=66

Home   Contact Us   Site Map   FAQ

Search        

Advanced Search

Services & Benefits      Immigration Forms      Laws & Regulations      About USCIS      Education & Resources      Press Room

Print This Page  |   Back  |

# U.S. Citizenship and Immigration Services
## San Antonio TX Processing Dates
## Posted January 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Antonio TX** Posted January 15, 2008

| I-131 | Application for Travel Documents | October 17, 2007 |
|---|---|---|
| I-485 | Application to Register Permanent Residence or Adjust Status | July 19, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | July 11, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | July 11, 2007 |
| I-765 | Application for Employment Authorization | October 30, 2007 |
| N-400 | Application for Naturalization | June 19, 2007 |
| N-600 | Application for Certification of Citizenship | September 08, 2007 |

Print This Page  |   Back  |

## Exhibit E



Home   Contact Us   Site Map   FAQ

Search

Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resource   Press Room

Print This Page      Back

# U.S. Citizenship and Immigration Services
## San Diego CA Processing Dates
## Posted January 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Diego CA** Posted January 15, 2008

| Form | Form Name | Processing Timeframe |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | October 17, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | July 19, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | September 08, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | September 08, 2007 |
| I-765 | Application for Employment Authorization | October 30, 2007 |
| N-400 | Application for Naturalization | June 19, 2007 |
| N-600 | Application for Certification of Citizenship | August 20, 2007 |



Exhibit F

STATUS INQUIRY FORM

Use this form *now* after 30 days have passed since the date of interview, or after 90 days have elapsed since you committed your request for evidence (form R1).

This form may be left at this office or mailed to:

Bureau of Citizenship and Immigration Services
8940 Fourwinds Drive
San Antonio, Texas 78039-1994

Today's Date _____

**RECEIVED**

DEC 1 0 2004

Bureau of Citizenship and
Immigration Services
Dept. of Homeland Security
San Antonio, Texas

Please try and specify which section inquiry is addressed to:
☑ Adjustment        ☐ Citizenship

Please provide your name and current address below:

LIN    HONG                                Alien File # A 98-041-201

7201 Hart Ln   #2062

Austin, TX. 78731                 Work phone #: (512) 471-5592
                                  Home phone #: 512 345-8772

Type of application filed: I 485     Date Filed: Jan, 2004  Filed at: _____
Name of petitioner: Charles Melancon          DOB _____
Name of beneficiary: LIN HONG                 DOB _____
Beneficiary's country of birth: P. R. China

I want to know the following:

I applied for a greed card this January. I had an interview
this May ( May 27, 2004). Since then, I have not heard anything about it.
I am waiting for the cad to be able to travel abroad.

### Service Response

Date of Response: _____

– The application/petition was forwarded to _____
on _____ for processing.
– The application/petition is under review. You may expect a decision/written correspondence
from this Service concerning your case within 60 days.
– We have no record of receiving your application. Please submit evidence of filing (fee
receipts, canceled check, etc.) to our office.
– The application/petition was not filed at our office, and we do not have jurisdiction over this
matter. Please file a letter of inquiry with the office where you originally filed your
application/petition.
– The file is not in our office and has been requested from another office or from the federal
records center.
– Your application is currently pending a required background clearance.
– Other: _____
_____
_____
_____

**Exhibit G(1)**

\* If your inquiry relates to a pending adjustment case, you will receive a response within 10 business days.

U.S. Department of Homeland Security
8940 Fourwinds Drive
San Antonio, TX 78239



**U.S. Citizenship
and Immigration
Services**

DATE: 12/1/2005

Lin Hong
7201 Hart Ln Apt 2062
Austin, TX 78731

Dear Sir or Madam:

You recently submitted an inquiry to this office via fax or letter. We are returning your correspondence because USCIS has launched a new National referral tracking system through our 1-800 number.

To ensure that customer inquiries are handled as effectively and quickly as possible, we are no longer accepting inquiries via fax or letter. Instead, we ask that you call our National Customer Service Center, which is available Monday through Friday, 8:00 A.M. – 5:00 P.M., PST at **1-800-375-5283.** The National Customer Service Center will either answer your inquiry or forward your inquiry to our office for resolution. Utilizing the new referral process will ensure there is a record of your inquiry.

Please note that USCIS also provides a case-status on-line inquiry service on our website at www.uscis.gov. In addition, the USCIS website also includes information on current processing times for particular applications and petitions.

Thank you.

Exhibit G(2)-1



U.S. Department of Homeland Security
USCIS
5940 Fourstands Drive
San Antonio, TX 78230

**U.S. Citizenship
and Immigration
Services**

Tuesday, February 27, 2007

LIN HONG
11282 TAYLOR DRAPER LN #626
AUSTIN TX 78759

Dear LIN HONG:

On 02/20/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | HONG, LIN |
| **Your USCIS Account Number (A-number):** | A098041201 |
| **Type of service requested:** | Change of Address *updated* |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

# Exhibit G(2)-2



U.S. Department of Homeland Security
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**U.S. Citizenship
and Immigration
Services**

Saturday, March 24, 2007

LIN HONG
11282 TAYLOR DRAPER LN
APT.#626
AUSTIN TX 78759

Dear LIN HONG:

On 02/20/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I181 |
| **Filing date:** | 01/23/2004 |
| **Receipt #:** | SRC-04-079-52171 |
| **Beneficiary (if you filed for someone else):** | HONG, LIN |
| **Your USCIS Account Number (A-number):** | A098041201 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

We have updated your address in our systems and on your application or petition. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below.

A complete I-89 with photos is required to complete processing of your case. Please take this letter to your local Citizenship and Immigration Services office for processing.

#93

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

# Exhibit G(2)-3

U.S. CIS - 03-24-2007 02:10 PM EDT - SRC-04-079-52171

U.S. Department of Homeland Security
8940 Fourwinds Drive
San Antonio, TX 78239



**U.S. Citizenship
and Immigration
Services**

4/24/2007

LIN HONG

11282 TAYLOR DRAPER LANE

AUSTIN, TX 78759

———

A#    098 041 201

To serve you more efficiently we are replying to your letter by typewritten notations. This informal method enables a more prompt response. We trust you will agree that a faster response is more important than formality. No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.

We have received your inquiry dated **4/24/2007** concerning your pending application. We hope that the following information will be helpful to you in understanding the processing of your application.

☒      Your case is still pending due to Security Clearances. Processing times vary on a case by case basis. This office performs status checks on all cases pending security clearances on a WEEKLY basis. You will be notified as soon as your case is completed

☐      Your case is pending an interview appointment. When your case is scheduled, you will receive a notice in the mail. It will tell you the date, time, and address of the interview. It will also advise you regarding any additional items that you will need to present at that time.

☐      You were scheduled for Fingerprints on          . Please appear at the nearest ASC with the attached copy of your appointment notice for fingerprints. It is important that you keep this appointment.

☐      The decision on your case is attached.

☐      The decision on your application is still pending. You will be advised by mail as soon as processing on your case is completed. If you have not received that decision within ninety days of receipt of this letter, you may contact this office at that time.

☐      Other:

**Exhibit G(2)-4**

MICHAEL T. McCAUL
10TH DISTRICT, TEXAS

COMMITTEE ON
HOMELAND SECURITY
RANKING MEMBER, SUBCOMMITTEE ON
EMERGING THREATS, CYBERSECURITY,
SCIENCE, AND TECHNOLOGY

COMMITTEE ON
STANDARDS OF OFFICIAL CONDUCT

COMMITTEE ON FOREIGN AFFAIRS

COMMITTEE ON SCIENCE AND TECHNOLOGY

REPUBLICAN POLICY COMMITTEE

ASSISTANT REPUBLICAN WHIP

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515–4310**

WASHINGTON OFFICE
131 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2401

AUSTIN OFFICE
903 SAN JACINTO, SUITE 320
AUSTIN, TX 78701
(512) 473-2357

BRENHAM OFFICE
2000 SOUTH MARKET, SUITE 303
BRENHAM, TX 77833
(979) 830-8497

KATY OFFICE
1550 FOXLAKE, SUITE 120
HOUSTON, TX 77084
(281) 398-1247

TOMBALL OFFICE
TOMBALL ROSEWOOD PROFESSIONAL BUILDING
990 VILLAGE SQUARE, SUITE B
TOMBALL, TX 77375
(281) 255-8372

March 5, 2007

Ms. Lin Hong
11282 Taylor Draper Lane #626
Austin, Texas 78759

Dear Ms. Hong:

As I have not received a response to my initial inquiry on your behalf, I have again contacted the Federal Bureau of Investigation (FBI).

I regret the FBI has not yet responded to your concerns. As soon as any additional information becomes available, you will be contacted immediately.

In the meantime, please do not hesitate to contact my office with any questions regarding this matter. Thank you for your continued patience.

Sincerely,

Michael T. McCaul
Member of Congress

MTM: stb

**Exhibit H(1)-1**

**MICHAEL T. McCAUL**
10TH DISTRICT, TEXAS

COMMITTEE ON
HOMELAND SECURITY

**RANKING MEMBER, SUBCOMMITTEE ON
EMERGING THREATS, CYBERSECURITY,
SCIENCE, AND TECHNOLOGY**

COMMITTEE ON
STANDARDS OF OFFICIAL CONDUCT

COMMITTEE ON FOREIGN AFFAIRS

COMMITTEE ON SCIENCE AND TECHNOLOGY

REPUBLICAN POLICY COMMITTEE

ASSISTANT REPUBLICAN WHIP

# Congress of the United States
## House of Representatives
### Washington, DC 20515-4310

WASHINGTON OFFICE:
131 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2401

AUSTIN OFFICE:
5929 BALCONES DRIVE, SUITE 305
AUSTIN, TX 78731
(512) 473-2357

BRENHAM OFFICE:
2000 SOUTH MARKET, SUITE 303
BRENHAM, TX 77833
(979) 830-8497

KATY OFFICE:
1550 FOXLAKE, SUITE 120
HOUSTON, TX 77084
(281) 398-1247

TOMBALL OFFICE:
TOMBALL ROSEWOOD PROFESSIONAL BUILDING
990 VILLAGE SQUARE, SUITE B
TOMBALL, TX 77375
(281) 255-8372

June 12, 2007

Ms. Lin Hong
11282 Taylor Draper Ln
#626
Austin, TX 78759

Dear Ms. Hong:

In response to my inquiry on your behalf, I received the enclosed interim response from the Federal Bureau of Investigation (FBI).

A congressional liaison with the FBI informed my office that their name check investigation into you immigration case is still in process. I will continue to monitor your situation. As additional information becomes available, you will be promptly notified.

Meanwhile, should you have additional questions or concerns, please do not hesitate to contact my office at (512) 473-2357. I appreciate the opportunity to be of service.

Sincerely,

*Michael T. McCaul*

Michael T. McCaul
Member of Congress

MTM: stb

**Exhibit H(1)-2.1**

## Received Via Email 6/12/07

I am responding to your facsimile dated March 5, 2007, concerning the name check status of Lin Hong for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning Ms. Hong revealed that the request was received from the United States Citizenship and Immigration Services (USCIS) on February 5, 2004, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of review cannot be given, your constituent may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent. Should you have further questions, please refer to the FBI's internet site, www.fbi.gov. This site provides excellent information on the name check process. In the event that you require further assistance, please do not hesitate to call the FBI's Office of Congressional Affairs at ████████████.

Sincerely,

Section Chief
National Name Check Program
Records Management Division
Federal Bureau of Investigation

Exhibit H(1)-2.2

**MICHAEL T. McCAUL**
10TH DISTRICT, TEXAS

COMMITTEE ON
HOMELAND SECURITY

RANKING MEMBER, SUBCOMMITTEE ON
EMERGING THREATS, CYBERSECURITY,
SCIENCE, AND TECHNOLOGY

COMMITTEE ON
STANDARDS OF OFFICIAL CONDUCT

COMMITTEE ON FOREIGN AFFAIRS

COMMITTEE ON SCIENCE AND TECHNOLOGY

REPUBLICAN POLICY COMMITTEE

ASSISTANT REPUBLICAN WHIP

# Congress of the United States
## House of Representatives
### Washington, DC 20515-4310

WASHINGTON OFFICE:
131 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2401

AUSTIN OFFICE:
5929 BALCONES DRIVE, SUITE 305
AUSTIN, TX 78731
(512) 473-2357

BRENHAM OFFICE:
2000 SOUTH MARKET, SUITE 303
BRENHAM, TX 77833
(979) 830-8497

KATY OFFICE:
1550 FOXLAKE, SUITE 120
HOUSTON, TX 77084
(281) 398-1247

TOMBALL OFFICE:
TOMBALL ROSEWOOD PROFESSIONAL BUILDING
990 VILLAGE SQUARE, SUITE B
TOMBALL, TX 77375
(281) 255-8372

October 17, 2007

Ms. Lin Hong
11282 Taylor Draper Ln
#626
Austin, TX 78759

Dear Ms. Hong:

As I have not received a recent response to my inquiries on your behalf, I have again contacted the Federal Bureau of Investigation (FBI).

I regret the FBI has not yet responded to your concerns. As soon as any additional information becomes available, you will be contacted immediately.

In the meantime, please do not hesitate to contact my office with any questions regarding this matter. Thank you for your continued patience.

Sincerely,

Michael T. McCaul
Member of Congress

MTM: stb

**Exhibit H(1)-3**

**MICHAEL T. McCAUL**
10TH DISTRICT, TEXAS

COMMITTEE ON
HOMELAND SECURITY

RANKING MEMBER, SUBCOMMITTEE ON
EMERGING THREATS, CYBERSECURITY,
SCIENCE, AND TECHNOLOGY

COMMITTEE ON
STANDARDS OF OFFICIAL CONDUCT

COMMITTEE ON FOREIGN AFFAIRS

COMMITTEE ON SCIENCE AND TECHNOLOGY

REPUBLICAN POLICY COMMITTEE

ASSISTANT REPUBLICAN WHIP

# Congress of the United States
## House of Representatives
### Washington, DC 20515–4310

WASHINGTON OFFICE:
131 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2401

AUSTIN OFFICE:
5929 BALCONES DRIVE, SUITE 305
AUSTIN, TX 78731
(512) 473-2357

BRENHAM OFFICE:
2000 SOUTH MARKET, SUITE 303
BRENHAM, TX 77833
(979) 830-8497

KATY OFFICE:
1550 FOXLAKE, SUITE 120
HOUSTON, TX 77084
(281) 398-1247

TOMBALL OFFICE:
TOMBALL ROSEWOOD PROFESSIONAL BUILDING
990 VILLAGE SQUARE, SUITE B
TOMBALL, TX 77375
(281) 255-8372

November 6, 2007

Ms. Lin Hong
11282 Taylor Draper Ln
#626
Austin, TX 78759

Dear Ms. Hong:

In response to my inquiry on your behalf, I received the following information from the Federal Bureau of Investigation (FBI).

A congressional liaison with the FBI informed my office that their name check investigation into your immigration case is currently in process. While the liaison could not provide an exact timeframe for completion, I have been assured that every effort is being made to process your case. I will continue to monitor your situation. As additional information becomes available, you will be promptly notified.

Meanwhile, should you have additional questions or concerns, please do not hesitate to contact my office at (512) 473-2357. I appreciate the opportunity to be of service.

Sincerely,

Michael T. McCaul
Member of Congress

MTM: stb

## Exhibit H (1)-4

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION

ENVIRONMENT
AND PUBLIC WORKS

FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

August 1, 2007

Mrs. Lin Hong
9506 Easter Way
San Diego, California 92121

Dear Mrs. Hong:

Thank you for your recent correspondence to Senator Boxer requesting assistance with your immigration problem. It is my understanding that your case is currently pending security clearances.

I have sent an inquiry to the Federal Bureau of Investigation (FBI) Name Check Program. However, due to the sensitive nature of security clearances, our office is unable to request expeditious processing of your name check. The inquiry will only reveal the status of your case.

The average time for a response from the FBI is approximately sixty to ninety days. If you do not hear from our office after ninety days, please call me at (415) 403-0100.

Thank you for writing.

Sincerely,

*Lucia C. Macias*

Lucia C. Macias
Constituent Representative

# Exhibit H(2)

SUSAN A. DAVIS
53RD DISTRICT, CALIFORNIA

WASHINGTON OFFICE:
1526 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2040

DISTRICT OFFICE:
4305 UNIVERSITY AVENUE, SUITE 515
SAN DIEGO, CA 92105
(619) 280-5353

COMMITTEES:
ARMED SERVICES
SUBCOMMITTEES:
MILITARY PERSONNEL
OVERSIGHT AND INVESTIGATIONS

EDUCATION AND LABOR
SUBCOMMITTEES:
EARLY CHILDHOOD, ELEMENTARY AND
SECONDARY EDUCATION
HIGHER EDUCATION, LIFELONG LEARNING
AND COMPETITIVENESS

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0553

October 24, 2007

Lin Hong, Ph.D.
9506 Easter Way
San Diego, CA 92121

Dear Dr. Hong,

I am writing regarding your request for assistance with your immigration case. My staff made a formal agency inquiry on your case and received information that your case is currently pending a security clearance.

As you may know, since the events of 9/11, the United States government has implemented stricter and more thorough processes for immigration petitions. The result of which is, in many cases, significantly increased delays.

There are various government agencies that can be involved in a security clearance check. They include United States Citizenship and Immigration Services (CIS), the Federal Bureau of Investigation (FBI), and Immigration and Customs Enforcement (ICE). When a case is pending a security clearance, the only information that is made available to my office by these agencies is whether it is pending. The agencies cannot disclose any more information than that.

I understand the immense hardship this situation may be placing on you and your family, and I understand how frustrating it can be not having more specific information. Because this problem of increased delays is widespread and affects so many, the only real solution may be to address it at a larger policy level. My staff and I are currently exploring ways that may be done.

In the meantime, I regret that I am unable to obtain more specific information for you about your case. As I indicated above, my staff inquired about the status of your case and was told that it is currently pending a security clearance. You will be notified directly by CIS when a determination is made. Because we are unable to obtain any further information at this time, we are going to close your case with our office.

If you have any questions or feel that we can be of further assistance to you, please call Ricardo Flores of my office at (619) 280-5353.

Sincerely,

SUSAN A. DAVIS
Member of Congress

# Exhibit H(3)

PRINTED ON RECYCLED PAPER

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 147711    — BH**

**February 15, 2008
11:43:14**

**Civ Fil Non-Pris**
USAO #.: 08CV0302 CIVIL FILING
Judge..: ROGER T BENITEZ
Amount.:                    $350.00 CK
Check#.: BC# 1668

**Total—> $350.00**

FROM: HONG V. U.S. CITIZENSHIP SVCS.
      CIVIL FILING

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

LIN HONG

**DEFENDANTS**

U.S. CITIZENSHIP AND IMMIGRATION SERVICES

2008 FEB 15 AM 11: 46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

JOHN J. KANG, Esq., Law Offices of John J. Kang
7670 Opportunity Road, Suite 225, San Diego, CA 92111  (858) 278-5480

Attorneys (If Known)

'08 CV 0302 BEN NLS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1361 and § 2201; 5 U.S.C. § 706

Brief description of cause:
Mandamus to compel government action

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE   02-15-2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 47711   AMOUNT $350  2/15/08 BH   APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____