Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

## SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB

CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

LIN HONG

BY _____ DEPUTY

vs

**SUMMONS IN A CIVIL ACTION**

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES

Case No.

'08 CV 0302 BEN NLS

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

John J. Kang
Law Offices of John J. Kang
7670 Opportunity Road, Suite 225
San Diego, CA 92111

   An answer to the complaint which is herewith served upon you, within ____60____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
   by default will be taken against you for the relief demanded in the complaint.

FEB 1 5 2008

_____W. Samuel Hamrick, Jr._____                    _____
                 CLERK                                            DATE

J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)