JOHN J. KANG, Esq.
7670 Opportunity Road, Suite 225
San Diego, CA 92111
Telephone: (858)278-5480

California State Bar No. 190751
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN HONG, | Case No. 08cv0302 BEN (NLS) |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL OF ACTION |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

WHEREAS, the Defendant in this action has adjudicated Plaintiff's adjustment of status application, and

WHEREAS, Plaintiff has received evidence of her adjustment to legal permanent resident, and

WHEREAS, the case is now moot, and

WHEREAS, the Defendant has not answered the complaint or otherwise appeared in this action,

THEREFORE, Plaintiff dismisses this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The Clerk is requested to enter said dismissal in the records of the District Court.

DATED:    April 10, 2008          /s/ John J. Kang
                                  JOHN J. KANG
                                  Attorney for Plaintiff